*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 10CV7063                Assigned/Issued By: JN

Judge Name: LEFKOW                Designated Magistrate Judge: FINNEGAN

## FEE INFORMATION

*Amount Due:* [✓] $350.00   [ ] $39.00   [ ] $5.00
[ ] IFP   [ ] No Fee   [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350            Receipt #: 4624049457
Date Payment Rec'd: 11-2-10       Fiscal Clerk: JN

## ISSUANCES

[✓] Summons                    [ ] Alias Summons
[ ] Third Party Summons        [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
                              _____
                              (Victim, Against and $ Amount)
[ ] Citation to Discover Assets    [ ] Other
[ ] Writ _____
     (Type of Writ)              _____
                                  (Type of issuance)

1 Original and 1 copies on 11-2-10 as to BAC HOME LOANS SERVICING, LP
                (Date)