# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: | 10-CV-7063 |
|---|---|---|

STEVEN OLSON AND LAUREN TRATAR, Plaintiffs,

v.

BAC HOME LOANS SERVICING, LP, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BAC HOME LOANS SERVICING, LP.

NAME (Type or print)
Michael J. Werich

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
    s/ Michael J. Werich

FIRM
Bryan Cave LLP

STREET ADDRESS
161 N. Clark Street, Suite 4300

CITY/STATE/ZIP
Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6294060 | (312) 602-5000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

 RETAINED COUNSEL                       APPOINTED COUNSEL

CH01DOCS\150345.1

## **CERTIFICATE OF SERVICE**

I, Michael J. Werich, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, via U.S. Mail, on this the 22nd day of November, 2010:

>Steven Olson and Lauren Tratar
>1021 Royal Saint George Drive
>Naperville, IL 60562

        /s/ Michael J. Werich
            Michael J. Werich