**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEVEN OLSON and ) | |
| LAUREN TRATAR, ) | |
| ) | |
| ) | Case No. 10-cv-7063 |
| Plaintiffs, ) | |
| ) | |
| ) | Judge Lefkow |
| v. ) | Mag. Judge Finnegan |
| ) | |
| BAC HOME LOANS SERVICING, LP, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant BAC Home Loans Servicing, L.P. ("BAC"), through undersigned counsel, moves this Court to enter an Order granting it an extension, up to and including until December 15, 2010, to respond to Plaintiffs' Complaint.

In support of this Motion, BAC states as follows:

1. BAC's response to Plaintiffs' Complaint is currently due on or before November 24, 2010.

2. Undersigned counsel was recently retained, and BAC and undersigned counsel need additional time to conduct an appropriate investigation into the factual and legal bases of the allegations in Plaintiffs' Complaint in order to prepare a proper response thereto.

3. This Motion is not made for the purpose of delay, and Plaintiffs will not be prejudiced by the short extension requested.

WHEREFORE, BAC Home Loans Servicing, L.P. respectfully request that this Honorable Court enter an Order granting it a 21-day extension, up to and including December 15, 2010, within which to respond to Plaintiffs' Complaint.

Dated: November 22, 2010                    Respectfully submitted,

                                            BAC HOME LOANS SERVICING, LP


                                            By: /s/ Michael J. Werich
                                                One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)
srsmith@bryancave.com
michael.werich@bryancave.com

## CERTIFICATE OF SERVICE

I, Michael J. Werich, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, Mail, on this the 22nd day of November, 2010:

> Steven Olson and Lauren Tratar
> 1021 Royal Saint George Drive
> Naperville, IL 60562


                                             /s/ Michael J. Werich
                                                Michael J. Werich