## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN OLSON and<br>LAUREN TRATAR, | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | Case No. 10-cv-7063 |
| v. | )<br>)<br>) | Judge Lefkow<br>Mag. Judge Finnegan |
| BAC HOME LOANS SERVICING, LP, | )<br>)<br>) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: See attached service list.

Please take notice that on <u>December 2, 2010, at 8:30 a.m.</u>, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Lefkow, or any other judge sitting in her stead, in Room 1925, at the Dirksen Federal Building, Chicago, Illinois, and shall then and there present Defendant BAC Home Loans Servicing LP's *Motion for Extension of Time to Respond to Plaintiffs' Complaint*, a copy of which is enclosed herewith and served upon you.

Dated: November 22, 2010

Respectfully submitted,

BAC HOME LOANS SERVICING, LP

By: /s/ Michael J. Werich
    One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)
srsmith@bryancave.com
michael.werich@bryancave.com

2

**CERTIFICATE OF SERVICE**

    I, Michael J. Werich, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individual below, Mail, on this the 22nd day of November, 2010:

        Steven Olson and Lauren Tratar
        1021 Royal Saint George Drive
        Naperville, IL 60562


          /s/ Michael J. Werich
              Michael J. Werich