
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN OLSON and LAUREN TRATAR, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LP, <br><br> Defendant. | ) ) ) ) Case No. 10-cv-7063 ) ) ) Judge Lefkow ) Mag. Judge Finnegan ) ) ) ) |

## DISCLOSURE STATEMENT

Defendant BAC Home Loans Servicing, LP, through its attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the District Court for the Northern District of Illinois, state that BAC Home Loans Servicing, LP is a wholly-owned subsidiary of Bank of America N.A., which is a wholly owned subsidiary of Bank of America Corporation ("BAC"). BAC is a publicly traded entity. BAC common stock is listed on the New York Stock Exchange ("NYSE") under the symbol BAC. No individual or entity owns 5% or more of the outstanding BAC shares.

Dated: November 22, 2010        Respectfully submitted,

                                                   BAC HOME LOANS SERVICING, LP

                                                   By: /s/ Michael J. Werich
                                                       One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300

CH01DOCS\150346.1

Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)
srsmith@bryancave.com
michael.werich@bryancave.com

## **CERTIFICATE OF SERVICE**

I, Michael J. Werich, an attorney, certify that I filed the foregoing document via the

Court's ECF system, and caused a copy of same to be served on the following individual below,

Mail, on this the 22nd day of November, 2010:

> Steven Olson and Lauren Tratar
> 1021 Royal Saint George Drive
> Naperville, IL 60562

    /s/ Michael J. Werich
        Michael J. Werich

CH01DOCS\150346.1