IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAUREN TRATAR and STEVEN OLSON, | ) ) ) |
| Plaintiffs, | ) Case No. 10 CV 7063 ) ) |
| v. | ) Judge Lefkow ) Mag. Judge Finnegan ) |
| BAC HOME LOANS SERVICING, LP, | ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO: Steven Olson and Lauren J. Tratar
1021 Royal Saint George Drive
Naperville, Illinois 60563
.
Please take notice that on <u>Tuesday, December 21, 2010, at 8:30 a.m.</u>, or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Lefkow, or any other judge sitting in her stead, in Room 1925, at the Dirksen Federal Building, Chicago, Illinois, and shall then and there present *Defendant BAC Home Loans Servicing, LP's Motion to Dismiss Plaintiffs' Complaint*, a copy of which is enclosed herewith and served upon you.

Dated: December 15, 2010

Respectfully submitted,

BAC HOME LOANS SERVICING, LP


By: /s/ Steven R. Smith
    One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)

151561.1

1

srsmith@bryancave.com
michael.werich@bryancave.com

## **CERTIFICATE OF SERVICE**

      I, Steven R. Smith, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individuals below, via U.S. Mail, on this the 15th day of December, 2010:

        Steven Olson and Lauren J. Tratar
        1021 Royal Saint George Drive
        Naperville, Illinois  60563

                /s/ Steven R. Smith
                Steven R. Smith