**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LAUREN TRATAR and STEVEN OLSON, <br><br> Plaintiffs, <br><br> v. <br><br> BAC HOME LOANS SERVICING, LP, <br><br> Defendant. | Case No. 10 CV 7063 <br><br> Judge Lefkow <br> Mag. Judge Finnegan |

**DEFENDANT BAC HOME LOANS SERVICING, L.P.'S
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant BAC Home Loans Servicing, L.P. ("BAC"), through undersigned counsel, moves this Court, the Honorable Joan Lefkow presiding, pursuant to FED. R. EVID. 201, to take judicial notice of the documents attached to this Request for Judicial Notice as Exhibits A through J:

Exhibit A: Mortgage dated September 7, 2007, between Steven Olson and Lauren J. Tratar as Borrowers and Countrywide Bank, FSB as Lender. The Mortgage was recorded in the DuPage County, Illinois Recorder's Office on September 14, 2007 as document number R2007-170861. Assignment of Mortgage to BAC Home Loans Servicing, L.P. dated November 4, 2009 and recorded in the DuPage County, Illinois Recorder's Office on November 16, 2009 as document number R2009-171915.

Exhibit B: July 12, 2010 Lis Pendens, recorded in the DuPage County, Illinois Recorder's Office on July 12, 2010 as document number 1011112048.

Exhibit C: Complaint of Anthony Pendolino, *Pendolino v. BAC Home Loans Servicing, LP*, No. 10-CV-5916, at Dkt. # 1 (N.D. Ill. filed Sept. 17, 2010).

151557

Exhibit D: Order of Judge Rebecca R. Pallmeyer dismissing Complaint *sua sponte*, *Pendolino v. BAC Home Loans Servicing, LP*, No. 10-CV-5916, at Dkt. # 7 (N.D. Ill Sept. 24, 2010).

Exhibit E: Complaint of Steven Segura, *Segura v. BAC Home Loans Servicing, LP*, No. 10-CV-06943, at Dkt. # 1 (N.D. Ill. filed Oct. 28, 2010).

Exhibit F: Original Petition of Hasmik Avetisyan, *Avetisyan v. BAC Home Loans*, No. 10-CV-5655, at Dkt. # 1 (C.D. Cal. filed July 29, 2010).

Exhibit G: Order of Judge Jacqueline H. Nguyen granting Defendant's Motion to Dismiss, *Avetisyan v. BAC Home Loans*, No. 10-CV-5655, at Dkt. # 17 (C.D. Cal. Sept. 24, 2010).

Exhibit H: Complaint of Kevin and Kathleen Vasconcellos, *Vasconcellos v. Wells Fargo Home Loan Mortg., Inc.*, No. 10-CV-757, at Dkt. # 1 (D. Or. filed June 30, 2010).

Exhibit I: Order of Judge Garr M. King granting Defendant's Motion to Dismiss, *Vasconcellos v. Wells Fargo Home Loan Mortg., Inc.*, No. 10-CV-757, at Dkt. # 29 (D. Or. Sept. 20, 2010).

Exhibit J: Complaint of Antonio Naguiat and Olivia Magno, *Naguiat v. BAC Home Loans Servicing, LP*, No. 10-CV-4303, at Dkt. # 1 (N.D. Cal. filed Sept. 23, 2010).

BAC also requests that the Court take judicial notice of the following website, which appears to be the source of the Complaint that Plaintiffs filed:

http://www.scribd.com/doc/36849128/Basis-for-Complaint

WHEREFORE, Defendant BAC Home Loans Servicing, LP respectfully requests that this Court grant its Request, and order such other and further relief as is just and necessary.

Dated: December 15, 2010         Respectfully submitted,

                                 BAC HOME LOANS SERVICING, LP


                                 By: /s/ Steven R. Smith
                                     One of Its Attorneys

Steven R. Smith, #3128231
Michael J. Werich, #6294060
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (tel)
(312) 602-5050 (fax)
srsmith@bryancave.com
michael.werich@bryancave.com


**CERTIFICATE OF SERVICE**

     I, Steven R. Smith, an attorney, certify that I filed the foregoing document via the Court's ECF system, and caused a copy of same to be served on the following individuals below, via U.S. Mail, on this the 15th day of December, 2010:

        Steven Olson and Lauren J. Tratar
        1021 Royal Saint George Drive
        Naperville, Illinois  60563


                                 /s/ Steven R. Smith
                                     Steven R. Smith