**EXHIBIT B**



**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

09-027899

## IN THE CIRCUIT COURT OF THE 18TH JUDICIAL CIRCUIT
## DU PAGE COUNTY, WHEATON, ILLINOIS

| | |
|---|---|
| BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING LP<br><br>PLAINTIFF,<br>-vs-<br>STEVEN OLSON A/K/A STEVEN T. OLSON; LAUREN J. TRATAR A/K/A LAUREN TRATAR; ALL ABOUT DRAPES, INC.; EXPRESSIONS OF YOU DESIGNERS/BUILDERS, INC.; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS<br>DEFENDANTS | NO. 2010CH003787 |

### NOTICE OF FORECLOSURE
### LIS PENDENS

I, the undersigned, do hereby certify that the above entitled cause was filed in the above Court on _____ JUL 0 7 2010 _____, 2010, for Foreclosure and is now pending in said Court.

**AND FURTHER SAYETH:**

1. Names of Title Holders of Record:
   Steven T. Olson and Lauren J. Tratar, as Joint Tenants

2. The following Mortgage is sought to be foreclosed:

**EXHIBIT B**

Mortgage made by Steven Olson and Lauren J. Tratar to Mortgage Electronic Registration Systems, Inc., as Nominee for Countrywide Bank, FSB and recorded September 14, 2007 as Document No. R2007-170861 in the Du Page County Recorder's Office, having a legal description and common address as follows:

LOT 2 (EXCEPT THAT PART DESCRIBED AS FOLLOWS: BEGINNING AT THE MOST NORTHERLY CORNER OF SAID LOT 2 AND RUNNING THENCE SOUTHWESTERLY ALONG THE NORTHWESTERLY LINE OF SAID LOT, 14.89 FEET; THENCE SOUTHEASTERLY 149.46 FEET TO THE SOUTHEAST CORNER OF SAID LOT; THENCE NORTHWESTERLY ALONG THE NORTHEASTERLY LINE OF SAID LOT, 150.00 FEET TO THE PLACE OF BEGINNING) IN BLOCK 6 IN CRESS CREEK, BEING A SUBDIVISION OF PART OF SECTION 11, 12 AND 14, TOWNSHIP 38 NORTH, RANGE 9, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED APRIL 4, 1962 AS DOCUMENT R62-9660, IN DUPAGE COUNTY, ILLINOIS.

Commonly known as 1021 Royal Saint George Drive, Naperville, IL 60563
Permanent Index No.: 07-11-406-020

3. Parties against whom foreclosure is sought:
Steven Olson a/k/a Steven T. Olson; Lauren J. Tratar a/k/a Lauren Tratar; All About Drapes, Inc.; Expressions of You Designers/Builders, Inc.; Unknown Owners and Non-Record Claimants

SIGNATURE: _____
Attorney of Record

PREPARED BY AND MAIL TO:
Randal S. Berg (6277119)
Ian Botnick (6299145)
Benjamin N. Burstein (6299216)
G. Stephen Caravajal, Jr. (6284718)
Christopher A. Cienlawa (6187452)
Jim DeMays (6292669)
Olivia P. Ding (6286043)
Michael Fisher (6216064)
Hugh J. Green (6289616)
Joseph M. Herbas (6277645)
Dexter L. Holt (6244552)
Alan Kaufman (6289893)
Thomas M. Lang (6300268)
Frank Lin (6290063)
Shara Netterstrom (6294499)
Lee Scott Perres (6181244)
Marcos J. Posada (6295359)
Cynthia Sutherin (6256969)
Steven C. Weiss (6301158)
Laura A. Wolf (6297986)
Matthew C. Wyman (6294138)

Fisher and Shapiro, LLC
Attorneys for Plaintiff
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorney No: 76700