**EXHIBIT D**

Case: 1:10-cv-07063 Document #: 18-4 Filed: 12/15/10 Page 2 of 2 PageID #:182
Case: 1:10-cv-05916 Document #: 7 Filed: 09/24/10 Page 1 of 1 PageID #:36
Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5916 | **DATE** | 9/24/2010 |
| **CASE TITLE** | Anthony Pendolino vs. BAC Home Loans Servicing LP | | |

**DOCKET ENTRY TEXT**

The court directs Plaintiff to file an amended complaint within 21 days. Any such complaint must identify the source of the court's jurisdiction and must present Plaintiff's claim in brief, numbered paragraphs. Plaintiff is encouraged to consult with staff of the *pro se* help desk in the court Clerk's office. (For further details see minute order.) Status hearing set for 11/23/2010 at 9:00 AM.

■[ For further details see text below.]

Notices mailed by Judicial staff.

### STATEMENT

The Federal Rules contemplate that a complaint will consist of a short, plain statement of plaintiff's claim for relief. Such a claim is ordinarily to be presented in short, numbered paragraphs. The complaint in this case does not meet that test. It spans 25 pages and includes no numbered paragraphs of any kind, instead presenting a wealth of allegations concerning what Plaintiff refers to as the "general state of the real estate industry." The court is unable at this point even to determine whether it has jurisdiction over Plaintiff's claims, as he has not identified any federal statute allegedly violated, nor has he provided information sufficient to determine whether the members of Defendant (a partnership) are diverse in citizenship from Plaintiff.

The court directs Plaintiff to file an amended complaint within 21 days. Any such complaint must identify the source of the court's jurisdiction and must present Plaintiff's claim in brief, numbered paragraphs. Plaintiff is encouraged to consult with staff of the *pro se* help desk in the court Clerk's office.





EXHIBIT D