# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Lauren Tratar, et al.

                                      Plaintiff,

v.                                                                 Case No.: 1:10–cv–07063
                                                                  Honorable Joan H. Lefkow

BAC Home Loans Servicing, LP

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 20, 2011:

      MINUTE entry before Honorable Joan H. Lefkow:Motion hearing held on 1/20/2011. Plaintiffs' motion for extension of time for plaintiff to respond to defendants' complaint [20] is denied. Plaintiffs are not required to respond to "defendant's complaint." Plaintiffs' response to defendant's motion to dismiss has been filed. Motion hearing on plaintiffs' motion for leave to file amended pleading and memorandum in support of motion for leave to file amended complaint [21] held and continued to 2/8/2011 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.