aEE

**FILED**

FEB 1 1 2011
FEB 11 2011
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

11/06/08

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

### IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

Steven Olson & Lauren Trotar
_____ Plaintiff

v.

BAC Home Loans Servicing, LP
_____ Defendant(s)

Case Number: 10 CV 7063
Judge: Lefkow

***Instructions:*** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

***Application:*** I, Lauren Trotar, declare that I am the ☒plaintiff ☐ petitioner ☐ movant (other _____ ) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☐ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated? ☐ Yes ☒ No (If "No," go to Question 2)
   I.D. #: _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐ Yes ☐ No
   Monthly amount: _____

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "yes," state your:
      *Monthly* salary or wages: 1,000 - 1,500 @
      Name and address of employer: LT Designs, Expressions of You Designers/Builders
   b. If the answer is "no," state your:
      Beginning and ending dates of last employment: _____
      *Last monthly* salary or wages: _____
      Name and address of last employer: _____

3. Are you married? ☒ Yes ☐ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: Social Sec.
   Name and address of spouse's employer: _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐Yes ☐No
      Amount: _____ Received by: _____
   b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☐No
      Amount: _____ Received by: _____
   c. ☐ Rental income, ☐ interest or ☐ dividends ☐Yes ☐No
      Amount: _____ Received by: _____
   d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support ☐Yes ☐No
      Amount: $2083.00 Received by: Husband Ken Trotar

5. ☐ (Check one box) In further support of my motion, I declare that my highest level of education is:

☐ Grammar school only ☐ Some high school ☒ High school graduate
☐ Some college ☐ College graduate ☐ Post-graduate

6. ☐ (Check **only** if applicable) In further support of my motion, I declare that my ability to speak, write, and/or read English is limited because English is not my primary language

7. ☐ (Check **only** if applicable) In further support of my motion, I declare that this form and other complaint forms were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program.

8. I declare under penalty that the foregoing is true and correct.

_Lauren J Tratar_ (Movant's Signature)   _1021 Royal Saint George Dr._ (Street Address)

_Jan 31, 2011_ (Date)   _Naperville, IL 60563_ (City, State, ZIP)

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| Assigned Judge: | Lefkow | Case Number: | 10-CV-7063 |
|---|---|---|---|

Case Title: Steven Olson & Lauren Tratar V BAC Home Loans

Appointed Attorney's Name: _____

If this case is still pending, please check box ☒

| Assigned Judge: | | Case Number: | |
|---|---|---|---|

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

| Assigned Judge: | | Case Number: | |
|---|---|---|---|

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐