(Rev. 03/09)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Plaintiff(s) Steven Olson & Lauren Trotter

V.

Defendant(s) BAC Home Loans Servicing LP

Case Number: 10CV-7063

Judge: Leftkow

**FILED FEB 11 2011**
JUDGE JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of this motion]

1. I, **LAUREN TRATTAR**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation (NOTE: This item must be completed):

   Women in Need, Lisa Madigan Attorney General, Prairie State Legal, DuPage Attorney Help Line, Legal Assistance Foundation of Metro Chicago, Chicago Bar Assn,

   but I have been unable to find an attorney because:

   I have limited employment & limited income

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

*Potential: This house is also in foreclosure — court date in march and I will contest. House is not rented at the moment, but we are trying to rent right now.*

e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
   Amount: _____ Received by: _____

f. ☐ Unemployment, ☐ welfare or ☐ any other public assistance ☐Yes ☒No
   Amount: _____ Received by: _____

g. ☐ Any other sources (describe source: *house rental*) ☐Yes ☐No
   Amount: *12200* Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts?
   Total amount: *5,000 + see security 2000 c — cash emergency fund trying to pay bills* ☒Yes ☐No
   In whose name held: *Ken & Lauren* Relationship to you: *husband*

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☒Yes ☐No
   Type of property and address: *house in foreclosure at 618 Timber Trail - Lisle Il*
   Current value: *500,000* Equity: *-0-* (Equity is the difference between what the property is worth and the amount you owe on it.) *underwater & we also have vacant land in foreclosure*
   In whose name held: *Ken & Lauren* Relationship to you: _____
   Amount of monthly mortgage or loan payments: *4620*
   Name of person making payments: *not making pymts*

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☒Yes ☐No *now underwater*
   Year, make and model: *1999 Jaguar*
   Current value: *5,000 c* Equity: *5000* (Equity is the difference between what the automobile is worth and the amount you owe on it.) *heat does not work and convertible top broken - no $ to fix*
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☒Yes ☐No
   Property: *wedding ring, watch gold*
   Current value: *pawn shop value unk* Equity: *Unknown* (Equity is the difference between what the property is worth and the amount you owe on it.)
   Amount of monthly loan payments: _____
   In whose name held: _____ Relationship to you: _____
   Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☐ None.
    *husband Ken*

11. List the persons *who do not live with you* who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☐ None.
    *Zachary - son at school in Champaign Ill.*

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *Jan 31, 2011* _____ *Lauren J Tratar*
                              (Signature of Applicant)
                              *LAUREN J. TRATAR*
                              (Print Name)